IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00291-MSK-MEH

KEVIN AGUILAR,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY and
MICHAEL CHERTOFF,

    Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

    The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **April 4, 2008 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address whether Plaintiff's counsel's is admitted to practice in this district.

    Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

    Dated this 22nd day of February, 2008

                                                     **BY THE COURT:**

                                                    Marcia S. Krieger
                                                    United States District Judge