IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00291-MSK-MEH

KEVIN AGUILAR,

    Plaintiff,
v.

DEPARTMENT OF HOMELAND SECURITY and
MICHAEL CHERTOFF,

    Defendants.

---

**ORDER WITHDRAWING RECOMMENDATION FOR DISMISSAL
AND SETTING STATUS CONFERENCE**

---

On June 16, 2008, this Court issued a Recommendation that this matter be dismissed without prejudice for failure to prosecute due to Plaintiff's counsel's failure to participate in this lawsuit [Docket #16]. At that time, the Court had no means of contacting Plaintiff individually, and no contact information for Plaintiff could be found in the record. On July 16, 2008, Plaintiff submitted a letter to the Court indicating that he was seeking new counsel because his previous counsel had abandoned the case.

In its Recommendation, the Court concluded as follows:

> Unfortunately, because of the failures of counsel for Plaintiff, this Court has no means of contacting Mr. Aguilar to determine whether he would wish to obtain new counsel or to proceed *pro se*. Without any means of contacting either counsel for Plaintiff or Mr. Aguilar, no lesser sanction, other than dismissal of this action against Defendants, will suffice. Accordingly, dismissal without prejudice is warranted, and this Court so recommends.

*Id.* at 4. Because Plaintiff's letter indicates his desire to proceed with this lawsuit and includes his contact information, dismissal is not warranted at this time. Accordingly, the Recommendation for Dismissal is hereby **withdrawn**.

It is FURTHER ORDERED that a Status Conference is set in this case for Monday, **August 11, 2008, at 9:15 a.m.** Counsel for Defendant shall appear in person, and Plaintiff is directed to appear by phone by calling Chambers at (303) 844-4507 at the designated time.

Dated at Denver, Colorado, this 29th day of July, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge