IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00291-MSK-MEH

KEVIN AGUILAR,

    Plaintiff,
v.

DEPARTMENT OF HOMELAND SECURITY and
JANET NAPOLITANO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2009.**

    In light of Defendants' Supplement submitted March 3, 2009 [docket #35], Defendants' Motion to Compel Production of Rule 26(a) Disclosures [filed February 27, 2009; docket #32] is **denied as moot**. The hearing set in this matter for March 5, 2009, at 9:15 a.m. is hereby **vacated**.